LEACH JOHNSON SONG & GRUCHOW
SEAN L. ANDERSON
Nevada Bar No. 7259
RYAN D. HASTINGS
Nevada Bar No. 12394
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
Telephone:   (702) 538-9074
Facsimile:    (702) 538-9113
sanderson@leachjohnson.com
rhastings@leachjohnson.com
*Attorneys for Defendant Villagio Community Association*

IN THE UNITED STATE DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE HOLDERS OF NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-A, ASSET BACKED PASS-THROUGH CERTIFICATES,<br><br>Plaintiff,<br><br>vs.<br><br>VILLAGIO COMMUNITY ASSOCIATION; 1881 ALEXANDER 1132 STREET TRUST; FULLER JENKINS CLARKSON, P.C.,<br><br>Defendants. | Case No.:   2:16-cv-00272- RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE AND REPLY DEADLINES**<br><br>**[ECF NOS. 15 AND 16]** |

Deutsche Bank National Trust Company ("Plaintiff") and Defendant Villagio Community Association ("Association") by and through their respective counsel stipulate and agree as follows:

1. On December 5, 2016, the Association filed a Motion to Dismiss Pursuant to Fed. R. Civ. P. 12 as ECF No. 15.

2. On December 5, 2016, the Association filed a Motion to Dismiss Pursuant to NRS 38.310 as ECF No. 16.

3. Deutsche Bank National Trust Company filed its Opposition to the Association's [ECF No. 16] Motion to Dismiss Pursuant to NRS 38.310 as ECF No. 18.

/ / /

IT HEREBY STIPULATED AND AGREED that Deutsche Bank National Trust Company's Response to the Association's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12 [ECF No. 15] shall be filed on or before **January 18, 2017.**

IT IS FURTHER STIPULATED AND AGREED that the Association's Reply to its Motion to Dismiss Pursuant to NRS 38.310 [ECF No. 16] shall be filed on or before **January 18, 2017.**

As a result of attorneys/staff taking vacation and office closures during the holiday period, certain dates were not calendared timely. This is the Parties first request to extend this deadline and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED AND AGREED.

Dated this _____ day of January, 2017.

| AKERMAN, LLP | LEACH JOHNSON SONG & GRUCHOW |
|---|---|
| *William S. Habdas* | *(signature)* |
| Ariel E. Stern | Sean L. Anderson |
| Nevada Bar No. 8276 | Nevada Bar No. 7259 |
| William S. Habdas | Ryan D. Hastings |
| Nevada Bar No. 13138 | Nevada Bar No. 12394 |
| 1160 Town Center Drive, Suite 330 | 8945 W. Russell Road, Suite 330 |
| Las Vegas, NV 89144 | Las Vegas, Nevada 89148 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Deutsche Bank National Trust Company* | *Villagio Community Association* |

**IT IS SO ORDERED** this <u>12th</u> day of January, 2017.

_____
RICHARD F. BOULWARE, II
United States District Court