UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| VILLAGIO COMMUNITY ASSOCIATION, et al., | ) ) |
| Defendants. | ) ) ) |

Case No. 2:16-cv-00272-RFB-CWH

**ORDER**

Presently before the court is attorney Aaron R. Dean's motion to withdraw as attorney for defendant 1181 Alexander Street Trust ("AST"), filed on October 3, 2018. No responses to the motion were filed.

Mr. Dean moves to withdraw, arguing there has been a breakdown in communication with AST that makes it impossible for him to continue to adequately represent AST. The motion includes a certificate of service stating that a copy of the motion was served on Steve Ayres, who is AST's trustee, by United States mail on October 3, 2018. AST did not oppose the motion, which constitutes a consent to the granting of the motion under Local Rule 7-6(d).

Having reviewed and considered the motion, and good cause appearing, the court will grant the motion to withdraw and order AST to retain a new attorney. AST is advised that because it is a trust, it cannot represent itself and must be represented by an attorney in this action. *See Alpha Land Co. v. Little*, 238 F.R.D. 497, 502 (E.D. Cal. 2006) (stating that a trust must be represented by an attorney). AST further is advised that failure to retain an attorney may result in the imposition of sanctions under Local Rule IA 11-8.

///

IT IS THEREFORE ORDERED that attorney Aaron Dean's motion to withdraw (ECF No. 33) is GRANTED.

IT IS FURTHER ORDERED that Mr. Dean must serve a copy of this order on AST and must file proof of that service by November 6, 2018.

IT IS FURTHER ORDERED that on or before November 27, 2018, AST must retain a new attorney and that attorney must file a notice of appearance in this case.

DATED: October 30, 2018

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**