MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No.: 12294
atrippiedi@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074
(702) 642-3113/ (702) 642-9766 FAX

Attorney for defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>VILLAGIO COMMUNITY ASSOCIATION, 1881 ALEXANDER 1132 STREET TRUST; FULLER JENKINS CLARKSON, P.C.<br><br>Defendants. | CASE NO.:  2:16-CV-00272-RFB-CWH |

**STIPULATION AND ORDER TO SUBSTITUTE PARTY**

Plaintiff, Deutsche Bank National Trust Company, by and through its counsel, William Habdas, Esq., and proposed defendant David Kaempfer, by and through his counsel, Michael F. Bohn, Esq., hereby stipulate as follows:

/ / /

/ / /

/ / /

1

1. David Kaempfer shall be substituted as a defendant in the place and stead of 1881 Alexander 1132 Street Trust.

Dated this 13th day of March, 2019

| LAW OFFICES OF<br>MICHAEL F. BOHN, ESQ., LTD. | AKERMAN LLP |
|---|---|
| By: /s/ /Michael F. Bohn,/<br>MICHAEL F. BOHN, ESQ.<br>2260 Corporate Circle, Suite 480<br>Henderson, Nevada 89074<br>Attorney for David Kaempfer | By: /s/ /William Habdas, Esq./<br>William Habdas, Esq.<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>Attorneys for Plaintiff Deutsche Bank<br>National Trust Company |

IT IS SO ORDERED.
IT IS FURTHER ORDERED that the court's order to show cause (ECF No. 37) is deemed SATISFIED.
DATED: March 26, 2019

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.

By: /s/ /Michael F. Bohn,/
MICHAEL F. BOHN, ESQ.
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074
Attorney for David Kaempfer