ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Deutsche Bank National Trust Company as Trustee for the Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-through Certificates*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE HOLDERS OF NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-A, ASSET BACKED PASS-THROUGH CERTIFICATES,<br><br>Plaintiff,<br><br>vs.<br><br>VILLAGIO COMMUNITY ASSOCIATION; FULLER JENKINS CLARKSON, P.C.; and DAVID KAEMPFER,<br><br>Defendants. | Case No.: 2:16-cv-00272-RFB-CWH<br><br>**[PROPOSED] ORDER TO RELEASE BOND** |

Presently before the court is the matter of *Deutsche Bank National Trust Company as Trustee for the Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-through Certificates v. Villagio Community Association, et al.*, case number 2:16-cv-00272-RFB-CWH.

On March 31, 2016, the court ordered Plaintiff to post a security bond for $500.00 [ECF No. 13]. On April 1, 2016, Akerman LLP posted a security bond on behalf of plaintiff Deutsche Bank National Trust Company as Trustee for the Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-through Certificates, receipt number NVLAS041377 for $500.00 [ECF No. 14].

1

49564553;1

On July 24, 2019, the court granted the parties' stipulation for dismissal, closing the case [ECF No. 52]. As this matter is now concluded, the court will refund to Akerman LLP on behalf of Plaintiff the $500.00 security bonds, plus interest.

**IT IS SO ORDERED**.

Dated this 29th day of July, 2019.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE
Case No.: 2:16-cv-00272-RFB-CWH

49564553;1